1  Stephen G. Pongratz, Esq., SBN 131276
   Eric D. Hitchcock, Esq., SBN 230630
2  BEYER, PONGRATZ & ROSEN
   3230 Ramos Circle
3  Sacramento, CA 95827
   Phone: (916) 369-9750
4  Fax:   (916) 369-9760

5  Attorneys for Plaintiff
   KIMBERLY RAMSEY
6

7  Kurt Kappes, Esq., SBN 146384
   Sarah Asplin, Esq., SBN 260851
8  GREENBERG TRAURIG LLP
   1201 K Street, Ste 1100
9  Sacramento, CA 95814
   Phone: (916) 442-1111
10 Fax:   (916) 448-1709

11 Attorneys for Defendant
   HDR ENGINEERING, INC.,
12 erroneously sued as HDR, INC.

**FILED**

AUG 19 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY RAMSEY, an individual, | Case No.:2:10-cv-00063-JAM-EFB |
| Plaintiff, | STIPULATION FOR DISMISSAL AND ORDER THEREON |
| vs. | |
| HDR, INC., a corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

Plaintiff KIMBERLY RAMSEY and Defendant HDR ENGINEERING, INC, erroneously sued as HDR, INC., hereby request that this matter be dismissed with prejudice, in its entirety, with each party to bear their own costs and attorneys' fees.

1  IT IS SO STIPULATED:
2  Dated: August 18, 2010              BEYER, PONGRATZ & ROSEN

                                       _____
                                       Stephen G. Pongratz, Esq.
                                       Eric D. Hitchcock, Esq.

                                       Attorneys for Plaintiff
                                       KIMBERLY RAMSEY

   Dated: August 18, 2010              GREENBERG TRAURIG LLP

                                       _____
                                       Kurt Kappes, Esq.
                                       Sarah Asplin, Esq.

                                       Attorneys for Defendant
                                       HDR ENGINEERING, INC., erroneously
                                       sued as HDR, INC.

   **IT IS SO ORDERED:** This matter is dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

   Date: August 19, 2010
                                       _____
                                       UNITED STATES DISTRICT JUDGE

BEYER, PONGRATZ & ROSEN
3230 Ramos Circle
Sacramento, CA 95827
(916) 369-9750

Stipulation for Dismissal and Order Thereon - 2